Clerk,

Please Forward this Amended Complaint to

Magistrate Judge Patricia A. Sullivan

Place on her call. line

2 Copies enclosed

Return copy Requested

Thank You...

RECEIVED
APR 1 3 2022
U.S. ... COURT
...