# AFFIDAVIT

I, RODNEY M. PATTON, being first duly sworn on my oath, deposes and state the following:

That I have suffered from Mental Health issues before April 2005, during April, and after April 2005.

I have also been under psychiatric help for years, and at the time I did not understand that I had a injury when I had my Hernia Operation in April of 2005.

I further state that when I was incarcerated in December of 2006 that I continued to have Mental Health issues.

I was in the dayroom at the Special Treatment Center @ Dixon C.C. when I saw a t.v. commercial about my Hernia and I contacted my Power of Attorney on October 25, 2021.

I swear that the facts stated in this affidavit are true and correct in substance and in fact to the best of my knowledge.

RECEIVED
APR 1 3 2022
U.S. DISTRICT COURT
DISTRICT OF R.I.

Respectfully Submitted,

RODNEY M. PATTON
Reg. No. #N-90674
2600 N. Brinton Ave.
Dixon, Illinois 61021

SUBCRIBED AND SWORN TO BEFORE ME this _____ day of April, 2022

_____
NOTARY PUBLIC

OFFICIAL SEAL
MEGAN JONES
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 2/1/26