Rodney Patton #Y09674
2600 N. Brinton Ave
Dixon, IL 61021

2U

CERTIFIED MAIL
7021 2720 0000 3633 4172

THIS CORRESPONDENCE IS FROM AN
INDIVIDUAL IN CUSTODY OF THE
ILLINOIS DEPT OF CORRECTIONS

US POSTAGE
ZIP 61021 $005.31
0000366408 APR 08 2022

156
531

U.S. District Court
C/o Office of the Clerk
1 Exchange Terrace
Providence, Rhode Island
  02903-1779

Legal Mail